United States District Court
For the Northern District of Illinois
Eastern Division

**FILED**
JAN 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Holly Yeary,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07 CV 6325 |
| v. ) | Judge Bucklo |
| ) | Magistrate Judge Ashman |
| **InnerWorkings, Inc.,** ) | |
| ) | |
| Defendant. ) | |

### Notice Of Filing

TO:   John A. Baker, Baker, Baker & Krajewski, LLC, 415 South Seventh Street, Springfield, Illinois 62701

PLEASE TAKE NOTICE that on January 23, 2008 we have filed with the United States District Court For the Northern District of Illinois Eastern Division, the attached **Appearance**, copies of which are attached hereto and served upon you herewith.

Lefkofsky & Gorosh, PC

_____
Steven R. Lefkofsky (P44101)
Lefkofsky & Gorosh, PC
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334
248-855-5508

### Proof Of Service

Tina M. Szewczul, an employee of Lefkofsky & Gorosh, PC, deposes and states that she has served a copy of the foregoing documents upon all parties named by depositing the same via first class mail to John A. Baker, Baker, Baker & Krajewski, LLC, 415 South Seventh Street, Springfield, Illinois 62701, with proper postage prepaid on the 23rd day of January 2008.

_____
Tina M. Szewczul

1

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Holly Yeary v InnerWorkings, Inc.

Case Number: 07cv6325

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, InnerWorkings, Inc.

FILED
Jan 29 2008
JAN 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Steven R. Lefkofsky, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Lefkofsky & Gorosh, P.C. | |
| STREET ADDRESS <br> 31500 Northwestern Highway, Suite 105 | |
| CITY/STATE/ZIP <br> Farmington Hills, MI 48334 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 248-855-5508 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |