IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLY YEARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-cv-6325 |
| | ) | |
| INNERWORKINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES PLANNING MEETING

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a meeting was held on February 11, 2008 by telephone and was attended by:

   John A. Baker for Plaintiff and
   Steven R. Lefkofsky for Defendant.

2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

   Whether Plaintiff suffered from a recognized disability; whether Defendant was aware of this alleged disability; the reasons for Plaintiff's termination; whether Plaintiff sustained damages.

   b. Disclosures pursuant to FED. R. CIV. 26(a)(1) to be made by March 1, 2008.
   All discovery to be commenced in time to be completed by October 1, 2008.

   c. The parties expect they will need approximately 7 depositions.

   d. Reports from retained experts under Rule 26(a)(2) due:

   from Plaintiff by June 15, 2008.
   from Defendant by August 1, 2008.

e. All potentially dispositive motions should be filed by November 1, 2008.

f. Final pretrial order: Plaintiff to prepare proposed draft by December 1, 2008; parties to file joint final pretrial order by December 15, 2008.

g. The case should be ready for trial by January 15, 2009 and at this time is expected to take approximately 3 days.

3. **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff is directed to make a written settlement demand to the defendant. At least 7 days prior to the scheduling conference defendant is to respond to writing to the plaintiff's settlement demand.

4. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

Date: February 12, 2008

s/John A. Baker
Attorney for Plaintiff
John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
Email: johnbakerlaw@sbcglobal.net

s/Steven R. Lefkofsky
Attorney for Defendant
Steven R. Lefkofsky
Lefkofsky & Gorosh
31500 Northwestern Highway
Suite 105
Farmington Hills, Michigan 48334
Telephone: (248) 855-5508
Facsimile: (248) 855-5512
Email: slefkofsky@lgpclaw.com