United States District Court
For the Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| **Holly Yeary,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 07 CV 6325 |
| v. | ) | Judge Bucklo |
| | ) | Magistrate Judge Ashman |
| **InnerWorkings, Inc.,** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:    John A. Baker, Baker, Baker & Krajewski, LLC, 415 South Seventh Street, Springfield, Illinois 62701

   PLEASE TAKE NOTICE that on **May 19, 2008** we have electronically filed with the United States District Court For the Northern District of Illinois Eastern Division, the attached **Defendant's Motion for Judgment on the Pleadings and Memorandum in Support of Defendant's Motion for Judgment on the Pleadings,** copies of which are attached hereto and served upon you herewith.

LEFKOFSKY & GOROSH, P.C.

By: /s/Steven R. Lefkofsky
Steven R. Lefkofsky

LEFKOFSKY & GOROSH, P.C.
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334
shefkofshy@lgpclaw.com
248-855-5508

Jay S. Berlin,
Jaffe & Berlin, L.L.C.
Local Counsel
111 W. Washington Street, Suite 1401
Chicago, IL 60602
312-372-1550