United States District Court
For the Northern District of Illinois
Eastern Division

**Holly Yeary,** )
 )
　　Plaintiff, )
 )　　Case No.: 07 CV 6325
v. )　　Judge Bucklo
 )　　Magistrate Judge Ashman
**InnerWorkings, Inc.,** )
 )
　　Defendant. )

## NOTICE OF MOTION

TO:　John A. Baker, Baker, Baker & Krajewski, LLC, 415 South Seventh Street, Springfield, Illinois 62701

On __5-29-08__ at __9:30 am__, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Bucklo**, or any judge sitting in her stead, in Courtroom 1441, Everett McKinely Dirksen Courthouse, Chicago, Illinois and then and there present the attached **Defendant's Motion for Judgment on the Pleadings and Memorandum in Support of Defendant's Motion for Judgment on the Pleadings.**

Name:　　　　LEFKOFSKY & GOROSH, P.C.
Attorney For:　Defendant
Address:　　　31500 Northwestern Highway, Suite 105,
　　　　　　　Farmington Hills, MI 48334
Telephone:　　(248) 855-5508

Name:　　　　JAFFE & BERLIN
Attorney For:　Defendant
Address:　　　111 W. Washington St., Suite 1401
　　　　　　　Chicago, IL 60602
Telephone:　　(312) 236-5443
Attorney No.:　34590

## PROOF OF SERVICE

　　Kathryn Zeledon Nelson, an attorney, deposes and states that she has served a copy of the foregoing documents upon all parties named electronically on the 19th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　_/s/ Kathryn Zeledon Nelson_
　　　　　　　　　　　　　　　　　　　　Kathryn Zeledon Nelson