**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Holly Yeary
                              Plaintiff,

v.                                          Case No.: 1:07−cv−06325
                                            Honorable Elaine E. Bucklo

InnerWorkings, Inc.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, May 28, 2008:

  MINUTE entry before the Honorable Elaine E. Bucklo:Motion for leave to appear by Kathryn M. Zeledon Nelson[7] is granted. Motion for leave to appear by Jay S. Berlin [8] is also granted. Set deadlines/hearing as to defendant's motion for judgment on the pleadings[17] : Responses due by 6/18/2008. Replies due by 7/2/2008. Target date for ruling by mail set for 8/5/08. Status hearing reset for 8/20/2008 at 09:30 AM.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.