## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Holly Yeary

                Plaintiff,

v.                                     Case No.: 1:07−cv−06325
                                                  Honorable Elaine E. Bucklo

InnerWorkings, Inc.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion for judgment on the pleadings [17] is denied. See Memorandum Opinion and Order for details. This case is referred to Magistrate Judge Ashman for settlement conference. Status hearing reset for 9/19/2008 at 09:30 AM. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.