UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Holly Yeary
                Plaintiff,

v.                                            Case No.: 1:07−cv−06325
                                                  Honorable Elaine E. Bucklo

InnerWorkings, Inc.
                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(mpj, )Mailed notice.


Dated: August 6, 2008

                                                                      /s/ Elaine E. Bucklo

                                                           United States District Judge