IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 05 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Yearly

        Plaintiff,

v.

Iner workings

        Defendant.

Case No. 07-C-6325
07cv6325

Magistrate Judge
Martin C. Ashman

### STIPULATION TO DISMISS

The parties hereto, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before __October 17, 2008__ for the sole purpose of enforcing the settlement
(Date)
agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice.

Dated this __5th__ day of __September__, 2008.

_____        _____
Attorney for Plaintiff                                  Attorney for Defendant